GEORGE G. BURNS, Respondent, *v.* WILLIAM STAUNTON et al., Appellants.

*Burns* v. *Staunton*, 134 App. Div. 996, affirmed.
(Argued February 21, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action for libel.

*A. H. Cowie* for appellants.

*Thomas Woods* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.